TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

Palo Alto, California
Tel 650 326-2400

Walnut Creek, California
Tel 925 472-5000

San Diego, California
Tel 858 350-6100

Denver, Colorado
Tel 303 571-4000

Seattle, Washington
Tel 206 467-9600

San Francisco

Two Embarcadero Center
Eighth Floor
San Francisco
California 94111
Tel 415 576-0200
Fax 415 576-0300

June 2, 2005

**E-FILED**

Honorable Phyllis J. Hamilton
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

    Re:    *Homefront, Inc. v. Cashmere Crafts, Inc., Safdar Wani, Cottage Arts Promotion*
            U.S. District Court - Northern District of California, Case No. C 05-00597 PJH
            Our File No.: 022429-000100US

Dear Judge Hamilton:

       The Case Management Conference in the above-referenced action is set for June 9, 2005, at 2:30 p.m. The Clerk of the Court has already entered the default of defendants Cashmere Crafts and Safdar Wani. Defendant Cottage Arts Promotion, a Kashmiri business entity, has not yet been served. Unless a stipulated judgment can be reached with all defendants in the next few weeks, Plaintiff will file a noticed motion for entry of default judgment against the served defendants. Plaintiff will seek a permanent injunction and statutory recovery of fees and costs.

       As discussed this afternoon with your courtroom deputy, Plaintiff asks that the Case Management Conference be continued for 30 days to July 7, 2005.

                             Respectfully submitted,

                             Marc M. Gorelnik (BR)

MMG/bcr

cc:    Eric J. Goodman, Esq.

60506767 v1

*[Stamp: IT IS SO ORDERED, Judge Phyllis J. Hamilton, United States District Court, Northern District of California]*