TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

Palo Alto, California
Tel 650 326-2400

Walnut Creek, California
Tel 925 472-5000

San Diego, California
Tel 858 350-6100

Denver, Colorado
Tel 303 571-4000

Seattle, Washington
Tel 206 467-9600

**San Francisco**

Two Embarcadero Center
Eighth Floor
San Francisco
California 94111
Tel 415 576-0200
Fax 415 576-0300

June 29, 2005

*E-FILED*

Honorable Phyllis J. Hamilton
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

    Re:    *Homefront, Inc. v. Cashmere Crafts, Inc., Safdar Wani, Cottage Arts Promotion*
             U.S. District Court - Northern District of California, Case No. C 05-00597 PJH
             Our File No.: 022429-000100US

Dear Judge Hamilton:

    I represent plaintiff in the above referenced action. For the reasons set forth below, I request that the July 7, 2005, Case Management Conference be continued until after the Court's ruling on plaintiff's Motion for Entry of Default Judgment and Permanent Injunction, filed earlier today and noticed for hearing on August 17, 2005. In the alternative, I request permission to appear by telephone at the July 7 Case Management Conference.

    Defendants Cashmere Crafts and Safdar Wani have been personally served with the Complaint and Summons. They have not answered or otherwise responded and the Clerk of the Court has entered their default. They have not taken any action to set aside their defaults. Accordingly, plaintiff Homefront seeks to terminate the case with regard to these two defendants with a default judgment, although plaintiff will timely seek an award of attorney's fees following judgment pursuant to 17 U.S.C. Section 505. Once judgment has been entered against Cashmere Crafts and Mr. Wani, Homefront expects to dismiss without prejudice its claims against the remaining defendant, Cottage Arts Promotion.

    This is not a contested action. It appears that the case is well on its way to complete resolution in the coming months. Plaintiff Homefront submits that no Case Management Conference is necessary at this time. Accordingly, Homefront asks that the July 7 Case Management Conference be continued to Thursday, August 25, 2005. By that time, the case

TOWNSEND
and
TOWNSEND
and
CREW
LLP

Honorable Phyllis J. Hamilton
Case No. C 05-00597 PJH
June 29, 2005
Page 2

should be concluded as to all defendants except with regard to a statutory award of attorney's fees and costs.

Respectfully submitted,

Marc M. Gorelnik

MMG/bcr

cc:   Eric J. Goodman, Esq.

60527092 v1



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA