TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: mmgorelnik@townsend.com

Attorneys for Plaintiff
HOMEFRONT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMEFRONT, INC. <br><br> Plaintiff, <br><br> v. <br><br> CASHMERE CRAFTS, INC., SAFDAR WANI, and COTTAGE ARTS PROMOTION <br><br> Defendants. | Case No.   C 05-00597 PJH <br><br> **DISMISSAL WITHOUT PREJUDICE OF DEFENDANT COTTAGE ARTS PROMOTION** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff HOMEFRONT, INC. voluntarily dismisses this action without prejudice as to defendant COTTAGE ARTS PROMOTION.

Dated: August 17, 2005.

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ Marc Gorelnik
Marc M. Gorelnik
Attorneys for Plaintiff
HOMEFRONT, INC.

[Court seal: GRANTED, Judge Phyllis J. Hamilton]

60565630 v1

# PROOF OF SERVICE

I, Billie Raney, declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

On August 17, 2005, I served a copy of the following document(s):

**DISMISSAL WITHOUT PREJUDICE OF DEFENDANT COTTAGE ARTS PROMOTION**

( X ) (VIA FIRST CLASS MAIL) I am employed in the County where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Services. I placed a true copy thereof to which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully prepaid addressed as listed below. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California, following ordinary business practices.

| | |
|---|---|
| Cashmere Crafts, Inc.<br>6220 24th Av., NE<br>Calgary, Alberta<br>Canada | Eric J. Goodman, Esq.<br>Goodman Law Group<br>695 Town Center Drive, 14th Floor<br>Costa Mesa, CA  92626<br>(*Counsel for Safdar Wani*) |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

EXECUTED this 17th day of August, 2005, at San Francisco, California.

_____
Billie Raney

60565630 v1